JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEREE N. BRAZE, an Individual; ANDREW GORDON, an Individual, <br>   Plaintiffs, <br><br> v. <br><br> FIFTH THIRD BANK NA, a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC., is a business entity, form unknown; TRANSUNION, LLC, a business entity, form unknown and DOES 1-10, Inclusive, <br><br>   Defendants. | Case No.:   2:23-cv-03830-RGK-PD <br><br> Hon. R. Gary Klausner <br><br> [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT FIFTH THIRD BANK NA <br> [60] |

Plaintiffs Sheree N. Braze and Andrew Gordon and Defendant FIFTH THIRD BANK NA ("Fifth Third") have announced to the Court that they have reached a settlement resolving Plaintiff's Complaint as to Fifth Third.

A Stipulation of Dismissal with Prejudice has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiffs Sheree N. Braze and Andrew Gordon against Defendant Fifth Third *Only*, are in all respects dismissed with prejudice.

As no other defendant remains, this action is terminated.  All pending dates and deadlines are vacated.

DATED this 14th day of December 2023.

*[signature: Gary Klausner]*
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE